IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | |
|---|---|---|
| TREVOR SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:18-cv-00059 |
| | ) | |
| v. | ) | **JURY DEMAND (12)** |
| | ) | |
| CLINT SHRUM, in his official capacity as | ) | |
| Sheriff of Grundy County and in his individual | ) | |
| capacity; T.J. BEAN, in his official capacity and | ) | |
| individual capacity; OFFICER JANE DOE, | ) | |
| in her official and individual capacity; | ) | |
| DEIDRE HELTON, in her official and individual | ) | |
| capacity; ADAM FLOYD, in his official and | ) | |
| individual capacity; JESSIE KINSEY, | ) | |
| in her official and individual capacity; | ) | |
| GRUNDY COUNTY BOARD OF EDUCATION; | ) | |
| CRYSTAL STIEFEL; DANIEL RICHARDSON; | ) | |
| and JAMIE RICHARDSON, | ) | |
| | ) | |
| Defendants. | ) | |

## WITNESS LIST

Defendants Shrum, Bean, Helton, Floyd, Kinsey, Grundy County, and Stiefel, by and through counsel, and pursuant and subject to the terms and conditions of the Court's Order [Doc. 23] and Rule 26(a)(3)(A)(I) provide their Witness List as follows:

**I. Defendants expect to call the following witnesses to testify at trial:**

1. Clint Shrum (to be contacted through the undersigned counsel);

2. T.J. Bean (to be contacted through the undersigned counsel);

3. Deidre Helton (to be contacted through the undersigned counsel);

4. Adam Floyd (to be contacted through the undersigned counsel);

5. Jessie Kinsey (to be contacted through the undersigned counsel);

6. Crystal Stiefel (to be contacted through the undersigned counsel);

7. Daniel Richardson (to be contacted through their counsel);

8. Jamie Richardson (to be contacted through their counsel);

9. Minor daughter of Daniel and Jamie Richardson (identity known to counsel; to be contacted through counsel for Daniel and Jamie Richardson);

10. Kayla McGee, 2973 Main Street, Altamont, Tennessee, (931) 235-9027;

11. Tyler Crownover, Grundy County Sheriff's Department, 227 Maple Street, Altamont, Tennessee, (931) 692-3466;

12. Jeff Johnson, Grundy County Sheriff's Department, 227 Maple Street, Altamont, Tennessee, (931) 692-3466;

13. James Payne, Grundy County Sheriff's Department, 227 Maple Street, Altamont, Tennessee, (931) 692-3466;

14. Phillip Hobbs, Grundy County Sheriff's Department, 227 Maple Street, Altamont, Tennessee, (931) 692-3466;

15. Melinda Meeks, Grundy County Sheriff's Department, 227 Maple Street, Altamont, Tennessee, (931) 692-3466; and

16. Trevor Sanders.

**II. Defendants may call the following witnesses if the need arises:**

1. Donna Jones, Grundy County High School ("GCHS"), 24970 SR 108, Coalmont, TN 37313 (931) 692-5400;

2. Matt Burner, Franklin County School District 215 South College Street, Winchester, TN 37398 (931) 967-0626;

3. Gina Sons, GCHS, 24970 SR 108, Coalmont, TN 37313 (931) 692-5400;

4. Debra Curtis, GCHS, 24970 SR 108, Coalmont, TN 37313 (931) 692-5400;

5. Samantha Stevens, Tullahoma City School, 510 S Jackson St, Tullahoma, TN 37388 (931) 454-2600;

6. Jessica Lusk, GCHS, 24970 SR 108, Coalmont, TN 37313 (931) 692-5400;

7. Amy Smith, GCHS, 24970 SR 108, Coalmont, TN 37313 (931) 692-5400;

8. Whitney Judd, GCHS, 24970 SR 108, Coalmont, TN 37313 (931) 692-5400;

9. Shanda Misiak, GCHS, 24970 SR 108, Coalmont, TN 37313 (931) 692-5400;

10. Wendy Kilgore, GCHS, 24970 SR 108, Coalmont, TN 37313 (931) 692-5400;

11. Destiny Sanders. Student Grundy County High School (contact information believed known by Plaintiff;

12. Chandlee Baker, Student Grundy County High School (contact information believed known by Plaintiff);

13. Kenneth Nunley, Student Grundy County High School (contact information believed known by Plaintiff);

14. Joel James, Student Grundy County High School (contact information believed known by Plaintiff);

15. Hunter Anderson, Student Grundy County High School (contact information believed known by Plaintiff);

16. Jason Matthew Kibby, 2531 Cummings Highway, Chattanooga, Tennessee 37419, (423) 544-1801;

17. Mitzi Trussell (to be contacted through her counsel)

18. Chief Virgil McNeece, 173 College Street, Monteagle, Tennessee 37356, (931) 924-2077;

19. William C. Rieder, Hull, Ray, Rieder, Ewell, Lane & Lynch, PC, 213 North Atlantic Street, Tullahoma, Tennessee 37388, (931) 455-5478;

20. LuAnn Baum, 1992 Colony Road, Coalmont, Tennessee 37313, (423) 653-4730;

21. Sherry Woodlee, 17385 SR 56, Beersheba Springs, Tennessee 37305, (931) 235-1098;

22. Breigh Rymer, 832 Hobbs Road, Altamont, Tennessee, (931) 235-7561;

23. Any and all witnesses identified and/or disclosed by Plaintiff;

24. Any and all persons identified in written discovery by any party;

25. Any and all necessary rebuttal witnesses as may be permitted by the Court pursuant to its Scheduling Order; and

26. Any other witness that may be added as a supplemental witness either pursuant to the Court's Order [Doc. 23] or as may be permitted by the Court.

        Respectfully submitted,

        **SPICER RUDSTROM, PLLC**

BY:   /s/ B. Thomas Hickey, Jr.
       B. Thomas Hickey, Jr., BPR #019105
       Thomas E. LeQuire, BPR #06875
       Attorneys for Defendants
       537 Market Street, Suite 203
       Chattanooga, TN 37402
       P: (423) 756-0262
       F: (423) 756-8489

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of November, 2019, I electronically filed this document along with any exhibits with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Joseph Alexander Little, IV
>Burr & Forman, LLP
>222 Second Avenue S.
>Suite 2000
>Nashville, TN 37201
>
>Gregory M. O'Neal
>Law Office of Gregory M. O'Neal
>P. O. Box 555
>Winchester, TN 37398

                           **SPICER RUDSTROM, PLLC**

                           BY:    /s/ B. Thomas Hickey, Jr.