# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# WINCHESTER DIVISION

| | |
|---|---|
| **Trevor Sanders,** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**Clint Shrum, in his official capacity as Sheriff of Grundy County and in his individual capacity; T.J. Bean, in his official capacity and individual capacity; Officer Jane Doe, in her official and individual capacity; Deidre Helton, in her official and individual capacity; Adam Floyd, in his official and individual capacity; Jessie Kinsey, in her official and individual capacity; Grundy County Board of Education; Crystal Stiefel; Daniel Richardson; and Jamie Richardson;** )<br>)<br>    **Defendants.** )<br>) | **Case No.:** 4:18-cv-00059<br><br>**JURY DEMAND (12)** |

## PLAINTIFF'S WITNESS LIST

Plaintiff, Trevor Sanders, submits the following Witness List with regard to the trial currently set for April 20, 2020:

**A.    Witnesses Plaintiff Expects to Present**

1. Trevor Sanders (to be contacted through undersigned counsel);

2. Clint Shrum (to be contacted through their counsel);

3. T.J. Bean (to be contacted through their counsel);

4. Deidre Helton (to be contacted through their counsel);

5. Adam Floyd (to be contacted through their counsel);

6. Jessie Kinsey (to be contacted through their counsel);

7. Crystal Stiefel (to be contacted through their counsel);

8. Daniel Richardson (to be contacted through their counsel);

9. Jamie Richardson (to be contacted through their counsel);

10. Minor daughter of Daniel and Jamie Richardson (to be contact through counsel for Daniel and Jamie Richardson);

11. Eliza Masters, 11053 US 41 Monteagle, TN 37356, (423) 582-1161;

12. Skylar Hunt (to be contacted through undersigned counsel);

13. Karen Meeks, 1021 Laurel Lake Dr., Monteagle, TN 37356;

14. Kayla McGee (to be contacted through undersigned counsel);

15. Tyler Crownover, Grundy Co. Sheriff's Department, 227 Maple Street, Altamont, Tennessee, (931) 692-3466;

16. Jeff Johnson, Grundy Co. Sheriff's Department, 227 Maple Street, Altamont, Tennessee, (931) 692-3466;

17. James Payne, Grundy Co. Sheriff's Department, 227 Maple Street, Altamont, Tennessee, (931) 692-3466;

18. Phillip Hobbs, Grundy Co. Sheriff's Department, 227 Maple Street, Altamont, Tennessee, (931) 692-3466;

19. Melinda Meeks, Grundy Co. Sheriff's Department, 227 Maple Street, Altamont, Tennessee, (931) 692-3466;

B.  **Witnesses Plaintiff May Call if the Need Arises**

1. Donna Jones, Grundy County High School, 24970 SR 108, Coalmont, Tennessee 37313 (931) 692-5400;

2. Matt Burner, Franklin County School District, 215 South College Street, Winchester, TN 37398 (931) 967-0626;

3. Gina Sons, Grundy County High School, 24970 SR 108, Coalmont, TN 37313 (931) 692-5400;

4. Debra Curtis, Grundy County High School, 24970 SR 108, Coalmont, TN 37313 (931) 692-5400;

5. Samantha Stevens, Tullahoma City School

6. Jessica Lusk, Grundy County High School, 24970 SR 108, Coalmont, TN 37313 (931) 692-5400;

7. Amy Smith, Grundy County High School, 24970 SR 108, Coalmont, TN 37313 (931) 692-5400;

8. Whitney Judd, Grundy County High School, 24970 SR 108, Coalmont, TN 37313 (931) 692-5400;

9. Shanda Misiak, Grundy County High School, 24970 SR 108, Coalmont, TN 37313 (931) 692-5400;

10. Wendy Kilgore, Grundy County High School, 24970 SR 108, Coalmont, TN 37313 (931) 692-5400;

11. Destiny Sanders, Student at Grundy County High School (contact information not known at this time);

12. Chandlee Baker, Student at Grundy County High School (contact information not known at this time);

13. Kenneth Nunley, Student at Grundy County High School (contact information not known at this time);

14. Joel James, Student at Grundy County High School (contact information not known at this time);

15. Hunter Anderson, Student at Grundy County High School (contact information not known at this time);

16. Mitzi Trussell (to be contacted through undersigned counsel)

17. Chief Virgil McNeece, 173 College Street, Monteagle, Tennessee 37356, (931) 924-2077;

18. William C. Rieder, 213 North Atlantic Street, Tullahoma, Tennessee 37388, (931) 455-5478;

19. LuAnn Baum, 1992 Colony Road, Coalmont, Tennessee 37313, (423) 653-4730;

20. Sherry Woodlee, 17385 SR 56, Beersheba Springs, Tennessee 37305, (931) 235-1098;

21. Breigh Rymer, 832 Hobbs Road, Altamont, Tennessee, (931) 235-7561;

22. Any and all witnesses identified and/or disclosed by Defendants;

23. Any and all persons identified in written discovery by any party;

24. Any and all necessary rebuttal witnesses as may be permitted by the Court pursuant to its Scheduling; and

25. Any other witness that may be added as a supplemental witness either pursuant to the Court's Order [Doc. 23] or as may be permitted by the Court.

Respectfully submitted,

/s/ J. Alex Little
J. Alex Little, IV (TN BPR 29858)
Zachary Lawson (TN BPR 36092)
**BURR & FORMAN, LLP**
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Tel: (615) 724-3231
Fax: (615)724-3331
alex.little@burr.com
zlawson@burr.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on November 25, 2019, I electronically filed with the Clerk of the Court using the CM/ECF system upon:

Thomas E. LeQuire
B. Thomas Hickey, Jr.
537 Market Street, Suite 203
Chattanooga, TN 37402
tlequire@spicerfirm.com
thickey@spicerfirm.com

Gregory M. O'Neal
Law Office of Gregory M. O'Neal
P.O. Box 555
Winchester, TN 37398
Gregorymoneal.atty@gmaill.com

                                            /s/ J. Alex Little