# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# WINCHESTER DIVISION

| | |
|---|---|
| **Trevor Sanders,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) ) |
| **Clint Shrum, in his official capacity as Sheriff of Grundy County and in his individual capacity; T.J. Bean, in his official capacity and individual capacity; Officer Jane Doe, in her official and individual capacity; Deidre Helton, in her official and individual capacity; Adam Floyd, in his official and individual capacity; Jessie Kinsey, in her official and individual capacity; Grundy County Board of Education; Crystal Stiefel; Daniel Richardson; and Jamie Richardson;** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Case No.: 4:18-cv-00059-TRM-SKL** |
| **Defendants.** | ) ) |

## PLAINTIFF'S WITNESS LIST

Plaintiff, Trevor Sanders, submits the following Witness List with regard to the trial currently set for August 24, 2020:

**A.    Witnesses Plaintiff Expects to Present**

1. Trevor Sanders;

2. Clint Shrum;

3. T.J. Bean;

4. Deidre Helton;

5. Adam Floyd;

6. Jessie Kinsey;

7. Crystal Stiefel;

8. Daniel Richardson;

9. Jamie Richardson;

**B.     Witnesses Plaintiff May Call if the Need Arises**

1. Minor daughter of Daniel and Jamie Richardson;

2. Eliza Masters;

3. Skylar Hunt;

4. Karen Meeks;

5. Kayla McGee;

6. Tyler Crownover, Grundy Co. Sheriff's Department;

7. Jeff Johnson, Grundy Co. Sheriff's Department;

8. James Payne, Grundy Co. Sheriff's Department;

9. Phillip Hobbs, Grundy Co. Sheriff's Department;

10. Melinda Meeks, Grundy Co. Sheriff's Department;

11. Donna Jones, Grundy County High School;

12. Matt Burner, Franklin County School District;

13. Gina Sons, Grundy County High School;

14. Debra Curtis, Grundy County High School;

15. Samantha Stevens, Tullahoma City School

16. Jessica Lusk, Grundy County High School;

17. Amy Smith, Grundy County High School;

18. Whitney Judd, Grundy County High School;

19. Shanda Misiak, Grundy County High School;

20. Wendy Kilgore, Grundy County High School;

21. D. S., Student at Grundy County High School;

22. C. B., Student at Grundy County High School;

23. K. N., Student at Grundy County High School;

24. J. J., Student at Grundy County High School;

25. H. A., Student at Grundy County High;

26. Mitzi Trussell;

27. Chief Virgil McNeece;

28. William C. Rieder;

29. LuAnn Baum;

30. Sherry Woodlee;

31. Breigh Rymer;

32. Any and all necessary rebuttal witnesses as may be permitted by the Court pursuant to its Scheduling Order

33. Any other witness that may be added as a supplemental witness either pursuant to the Court's Order or as may be permitted by the Court.

Respectfully submitted,

/s/ J. Alex Little
J. Alex Little, IV (TN BPR 29858)
Zachary Lawson (TN BPR 36092)
**BURR & FORMAN, LLP**
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Tel: (615) 724-3231
Fax: (615)724-3331
alex.little@burr.com
zlawson@burr.com

43162228 v2

**CERTIFICATE OF SERVICE**

I I hereby certify that on Mach 16, 2020, a true and correct copy of the foregoing document has been served via e-mail, upon the following:

Thomas E. LeQuire
B. Thomas Hickey, Jr.
537 Market Street, Suite 203
Chattanooga, TN 37402
tlequire@spicerfirm.com
thickey@spicerfirm.com

Gregory M. O'Neal
Law Office of Gregory M. O'Neal
P.O. Box 555
Winchester, TN 37398
Gregorymoneal.atty@gmaill.com

                                                /s/ J. Alex Little

43162228 v2