IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | |
|---|---|---|
| TREVOR SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:18-cv-00059 |
| | ) | |
| v. | ) | **JURY DEMAND (12)** |
| | ) | |
| CLINT SHRUM, in his official capacity as | ) | |
| Sheriff of Grundy County and in his individual | ) | |
| capacity; T.J. BEAN, in his official capacity and | ) | |
| individual capacity; OFFICER JANE DOE, | ) | |
| in her official and individual capacity; | ) | |
| DEIDRE HELTON, in her official and individual | ) | |
| capacity; ADAM FLOYD, in his official and | ) | |
| individual capacity; JESSIE KINSEY, | ) | |
| in her official and individual capacity; | ) | |
| GRUNDY COUNTY BOARD OF EDUCATION; | ) | |
| and CRYSTAL STIEFEL, | ) | |
| | ) | |
| Defendants. | ) | |

## WITNESS LIST

Defendants Shrum, Bean, Helton, Floyd, Kinsey, Grundy County, and Stiefel, by and through counsel, and pursuant and subject to the terms and conditions of the Court's Order [Doc. 23] and Rule 26(a)(3)(A)(I) provide their Witness List as follows:

**I. Defendants expect to call the following witnesses to testify at trial:**

1. Clint Shrum (to be contacted through the undersigned counsel);

2. T.J. Bean (to be contacted through the undersigned counsel);

3. Deidre Helton (to be contacted through the undersigned counsel);

4. Adam Floyd (to be contacted through the undersigned counsel);

5. Jessie Kinsey (to be contacted through the undersigned counsel);

6. Crystal Stiefel (to be contacted through the undersigned counsel);

7. Daniel Richardson (to be contacted through counsel);

8. Jamie Richardson (to be contacted through counsel);

9. Whitney Richardson (to be contacted through counsel);

10. Kayla McGee, 2973 Main Street, Altamont, Tennessee, (931) 235-9027;

11. Tyler Crownover, Grundy County Sheriff's Department, 227 Maple Street, Altamont, Tennessee, (931) 692-3466;

12. Jeff Johnson, Grundy County Sheriff's Department, 227 Maple Street, Altamont, Tennessee, (931) 692-3466;

13. James Payne, Grundy County Sheriff's Department, 227 Maple Street, Altamont, Tennessee, (931) 692-3466;

14. Phillip Hobbs, Grundy County Sheriff's Department, 227 Maple Street, Altamont, Tennessee, (931) 692-3466;

15. Melinda Meeks, Grundy County Sheriff's Department, 227 Maple Street, Altamont, Tennessee, (931) 692-3466; and

16. Trevor Sanders.

**II. Defendants may call the following witnesses if the need arises:**

1. Donna Jones, Grundy County High School ("GCHS"), 24970 SR 108, Coalmont, TN 37313 (931) 692-5400;

2. Matt Burner, 82 Greer Road, Decherd, TN 37324, private cell number, teaches in Franklin County;

3. Gina Sons, GCHS, 24970 SR 108, Coalmont, TN 37313 (931) 692-5400;

4. Debra Curtis, GCHS, 24970 SR 108, Coalmont, TN 37313 (931) 692-5400;

5. Samantha Stevens, 600 White City Circle, Tracey City, TN 37387 (931) 592-6705, teaches in Tullahoma City;

6. Jessica Lusk, GCHS, 24970 SR 108, Coalmont, TN 37313 (931) 692-5400;

7. Amy Smith, GCHS, 24970 SR 108, Coalmont, TN 37313 (931) 692-5400;

8. Whitney Judd, GCHS, 24970 SR 108, Coalmont, TN 37313 (931) 692-5400;

9. Shanda Misiak, GCHS, 24970 SR 108, Coalmont, TN 37313 (931) 692-5400;

10. Wendy Kilgore, GCHS, 24970 SR 108, Coalmont, TN 37313 (931) 692-5400;

11. D.E.R.S., 37 Lakeview Lane, Tracey City, TN 37387 (423) 463-1285;

12. D.S., 403 Ales Sanders Rd, Tracey City, TN 37387 (931) 592-4509

13. C.B., P.O. Box 902, Tracey City, TN 37387;

14. K.N., 4038 SR56, Tracey City, TN 37387 (931) 304-6987;

15. J.J., 943 S. 40th Ave., Gruetli-Laager, TN 37339 (931) 779-5306;

16. H.A., 296 Central St. Tracey city, TN 37387 (931) 592-7014;

17. Jason Matthew Kibby, 2531 Cummings Highway, Chattanooga, Tennessee 37419, (423) 544-1801;

18. Mitzi Trussell (to be contacted through her counsel)

19. Chief Virgil McNeece, 173 College Street, Monteagle, Tennessee 37356, (931) 924-2077;

20. Dave Strieby, 173 College Street, Monteagle, Tennessee 37356, (931) 924-2077;

21. William C. Rieder, Hull, Ray, Rieder, Ewell, Lane & Lynch, PC, 213 North Atlantic Street, Tullahoma, Tennessee 37388, (931) 455-5478;

22. LuAnn Baum, 1992 Colony Road, Coalmont, Tennessee 37313, (423) 653-4730;

23. Sherry Woodlee, 17385 SR 56, Beersheba Springs, Tennessee 37305, (931) 235-1098;

24. Breigh Rymer, 832 Hobbs Road, Altamont, Tennessee, (931) 235-7561;

25. Any and all witnesses identified and/or disclosed by Plaintiff;

26. Abby Sunz (contact information not known at this time);

27. Charles Cagle, Lewis Thomason, 424 Church Street, Suite 2500, Nashville, TN 37219, 615-259-1366;

28. Any and all persons identified in written discovery by any party;

29. Any and all necessary rebuttal witnesses as may be permitted by the Court pursuant to its Scheduling Order; and

30. Any other witness that may be added as a supplemental witness either pursuant to the Court's Order [Doc. 23] or as may be permitted by the Court.

Respectfully submitted,

**SPICER RUDSTROM, PLLC**

BY:  /s/ B. Thomas Hickey, Jr.
B. Thomas Hickey, Jr., BPR #019105
Thomas E. LeQuire, BPR #06875
Attorneys for Defendants
537 Market Street, Suite 203
Chattanooga, TN 37402
P: (423) 756-0262
F: (423) 756-8489

### **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of March, 2020, I electronically filed this document along with any exhibits with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Joseph Alexander Little, IV
Burr & Forman, LLP
222 Second Avenue S.
Suite 2000
Nashville, TN 37201

**SPICER RUDSTROM, PLLC**

BY:  /s/ B. Thomas Hickey, Jr.