IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| TREVOR SANDERS, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:18-cv-00059 |
| ) | |
| v. ) | **JURY DEMAND (12)** |
| ) | |
| CLINT SHRUM, in his official capacity as ) | |
| Sheriff of Grundy County and in his individual ) | |
| capacity; T.J. BEAN, in his official capacity and ) | |
| individual capacity; OFFICER JANE DOE, ) | |
| in her official and individual capacity; ) | |
| DEIDRE HELTON, in her official and individual ) | |
| capacity; ADAM FLOYD, in his official and ) | |
| individual capacity; JESSIE KINSEY, ) | |
| in her official and individual capacity; ) | |
| GRUNDY COUNTY BOARD OF EDUCATION; ) | |
| and CRYSTAL STIEFEL, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF CASE RESOLUTION

Now come the parties, by and through counsel, and pursuant to Rule 68.1 of the Local Rules of the United States District Court for the Eastern District of Tennessee announce to the Court that they have resolved all issues in dispute and made the subject of the above-styled case. The parties will file a joint stipulation of dismissal with prejudice pursuant to the resolution of this matter.

Respectfully submitted,

**BURR & FORMAN, LLP**

By: /s/ J. Alex Little
J. Alex Little, BPR #029858
Alex.Little@burr.com
222 Second Ave. South, Suite 2000
Nashville, TN 37201
P: (615) 724-3203
**Attorneys for Plaintiff**

**SPICER RUDSTROM, PLLC**

By: /s/ B. Thomas Hickey, Jr.
B. Thomas Hickey, Jr., BPR #019105
bth@spicerfirm.com
537 Market Street – Suite 203
Chattanooga, TN 37402-1241
P: (423) 756-0262
F: (423) 756-8489
**Attorneys for Defendants**